44

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v*. CHARLES LEE DAVIS, Defendant-Appellant.

(No. 72-48;

Fifth District—July 12, 1973.

PER CURIAM.

Robert E. Farrell, of Defender Project, of Mount Vernon, (Edith L. James, of counsel,) for appellant.

Nicholas G. Byron, State's Attorney, of Edwardsville, (Paul J. O'Neill, Senior Law Student, of counsel,) for the People.